# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :        NO. 813
                                          :
REAPPOINTMENTS TO                         :        SUPREME COURT RULES
CONTINUING JUDICIAL                       :
EDUCATION BOARD OF                        :        DOCKET
JUDGES                                    :
                                          :

## ORDER

**PER CURIAM:**

**AND NOW,** this 13th day of November, 2019, the following members are hereby reappointed to the Continuing Judicial Education Board of Judges for a term of three years, commencing January 1, 2020:

> The Honorable Ida K. Chen
> The Honorable Kathryn M. Hens-Greco
> The Honorable Terrence R. Nealon
> The Honorable Karen Y. Simmons